# Court of Appeals
# of the State of Georgia

ATLANTA, June 22, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1575. GWINNETT OPERATIONS, LLC et al v. MCKINNEY et al.**

Michelle McKinney, individually and as administrator of the estate of Lucille Dubose, received a favorable jury verdict against Gwinnett Operations, LLC d/b/a Life Care Center of Lawrenceville, and Life Care Centers of America, Inc. (collectively, the "Appellants"). As part of that verdict, the jury awarded approximately $9 million in punitive damages against the Appellants, which the trial court reduced to $250,000 pursuant to OCGA § 51-12-5.1 (g). The Appellants appealed to our Court, and McKinney cross-appealed to the Supreme Court of Georgia. See Case No. S22X1097 (docketed June 7, 2022). McKinney intends to argue that OCGA § 51-12-5.1 (g) is unconstitutional because it violates her right to a jury trial and the separation of powers doctrine.

The Supreme Court of Georgia "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). Because McKinney has filed a cross-appeal to the Supreme Court, it appears that jurisdiction over this case may lie in that Court. See *State v. Mondor*, 306 Ga. 338, 339 n.2 (830 SE2d 206) (2019) (noting that if the Supreme Court has subject-matter jurisdiction over the cross-appeal, then it has jurisdiction over the direct appeal as well). As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis*

*& Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* <u> 06/22/2022 </u>
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*